**Entered on Docket**
**December 21, 2009**

*Bruce A. Markell*

_____

Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2005-8
09-77247

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28968-bam |
| Abe Lymas Johnson and Margaret Johnson | Date: 11/23/2009<br>Time: 1:30 pm |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Credit Suisse First Boston HEAT 2005-8, its assignees and/or successors in interest, of the subject property, generally described as 5232 Jose Ernesto St., North Las Vegas, NV 89031, and legally described as follows:

Parcel I:
Lot ONE HUNDRED SIXTY ONE (161) in Block FIVE (5), of LAS PALMERAS PHASE 11, as shown by Map thereof on File in Book 73 of Plats, Page 79 in the Office of the County Recorder of Clark County, Nevada, as amended by Certificate of Amendement Recorded August 13, 1996 in Book 960813 as Document No. 01949.

Parcel II:
Together with as easement for ingress, egress and use in and to the Private Streets and Common areas as shown on the Final Map of Las Palmeras Phase II.

///
///
///
///
///
///
///
///
///
///
///

1    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2    **give Debtors at least five business days' notice of the time, place and date of sale.**

3    DATED this 10th day of December 2009

4    Submitted by:

5    **WILDE & ASSOCIATES**

6    By: /s/Gregory L. Wilde, Esq

7    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

8    208 South Jones Boulevard
     Las Vegas, Nevada 89107

9

10   APPROVED / DISAPPROVED

11   By:_____
     pro se

12   Attorney for Debtor(s)

13   Nevada Bar No:_____

14

15   APPROVED / DISAPPROVED

16   By:_____
     Timothy S. Cory

17   8831 West Sahara Ave.
     Las Vegas, NV 89117

18   Chapter 7 Trustee

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor